IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ZARRY DERAL DIXON,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-434

Opinion filed February 16, 2016.

An appeal from the Circuit Court for Escambia County.
Edward P. Nickinson, I I I, Judge.

Zarry Deral Dixon, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Jennifer J. Moore, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, SWANSON, and WINOKUR, JJ., CONCUR.